**SHARRARD v. STATE. (No. 12425.)**

Court of Criminal Appeals of Texas.
Feb. 6, 1929.

William H. Burnett and R. E. Prothro, both of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for swindling; punishment being assessed at confinement in the penitentiary for four years.

We observe no vice in the indictment. The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for this court for review.

The judgment is affirmed.